423 A.2d 1302

Commonwealth v. Freeland, Appellant.

Argued June 25, 1979. Vito F. Canuso, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgment of sentence affirmed.